Courtland Dewayne **LINDSAY**,
Plaintiff–Appellant

v.

**TRINITY MOTHER FRANCES**,
Emergency Care Center,
Defendant–Appellee.

No. 14–40946
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 15, 2015.

Courtland Dewayne Lindsay, Tyler, TX, pro se.

Before KING, JOLLY, and HAYNES, Circuit Judges.

PER CURIAM: *

The district court dismissed Courtland Dewayne Lindsay's amended complaint for failure to provide a short and plain statement either of the grounds for federal jurisdiction or of his claims for relief. *See* Fed.R.Civ.P. 8(a). Lindsay's largely unintelligible brief on appeal fails to cure these deficiencies. Accordingly, his outstanding motions are DENIED, and his appeal is DISMISSED as frivolous pursuant to Fifth Circuit Rule 42.2. *See Baugh v. Taylor*, 117 F.3d 197, 202 n. 24 (5th Cir.1997). Lindsay is CAUTIONED that future frivolous or repetitive filings will result in the imposition of sanctions, including dismissal, monetary sanctions, and

restrictions on his ability to file pleadings in this court or any court subject to this court's jurisdiction. He is further CAUTIONED to review all pending matters in this court and move to dismiss any that are frivolous or repetitive.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.